(88 South. 63)

SMITH v. STATE. (3 Div. 383.)

(Court of Appeals of Alabama. Jan. 18, 1921.)

CRIMINAL LAW ⊜➾1094—CONVICTION AFFIRMED WHERE NO BILL OF EXCEPTION AND NO ERROR IN RECORD.

Where there is no bill of exceptions in the record, and the time for filing one has expired, and no error appears in the record, judgment of conviction will be affirmed.

Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

Will Smith was convicted of larceny, and appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The defendant was convicted of the larceny of an automobile, and sentenced to the penitentiary for a term of not less than two nor more than four years.

There is no bill of exceptions in the record, and the time for filing one has expired.

No error appearing in the record, the judgment of conviction is affirmed.

Affirmed.